IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
FEB 1 2 1997
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

ENTERED
FEB 1 3 1997

J. GUSTY YEAROUT, et al., )
    )
    Plaintiffs, )
    )
vs. ) CIVIL ACTION NUMBER
    )
THE EQUITABLE LIFE ASSURANCE ) 94-C-2691-S
SOCIETY OF THE UNITED STATES, )
    )
    Defendant. )

## MEMORANDUM OPINION

J. Gusty Yearout and Cameron M. Grammas appeal the November 21, 1994, Order of the Bankruptcy Court. Based on the doctrine of *res judicata*, the Bankruptcy Court held that appellant's claims are barred. This Court reached the same conclusion in the companion case, *Yearout, et al. vs. The Equitable Assurance Society of the United States, et al.*, CV-95-0385-S, Northern District of Alabama.

The Court finds no error in the decision appealed from.

Accordingly, by separate order, the decision shall be affirmed.

DONE this ____11th____ day of February, 1997.

UNITED STATES DISTRICT JUDGE
U. W. CLEMON

